UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO DUSSTIN RAMOS NAVAS, | Case No. 5:19-cv-01778-RGK (GJS) |
| Petitioner | |
| v. | **JUDGMENT** |
| KEVIN McALEENAN, et al., | |
| Respondents. | |

Pursuant to the Court's Order Accepting, In Part, And Rejecting, In Part, Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed without prejudice.

DATE: January 14, 2020

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE